IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-004 |
| | * | |
| ERICK BURNARD HANKERSON, JR. | * | |

O R D E R

On October 4, 2019, this Court sentenced Defendant Erick Burnard Hankerson, Jr. to 72 months in prison followed by three years of supervised release upon his plea of guilty to possession of a firearm by a prohibited person. On May 4, 2020, the Clerk of Court accepted a "To Whom It May Concern Letter" apparently intended for the "District Attorney's Office." (See Addressee of Envelope, Doc. 33, at 2.) It so happens that the United States Attorney's Office and the Clerk's Office of the Augusta Division of the Southern District of Georgia share a common street address. The Clerk's Office filed his letter as a "Motion for Early Release."

The letter does not contain any request for relief from this Court. Instead, Hankerson states he is "writing to the Prosecutor" of his case, and he asks if he could "assist the Government with getting drugs and guns of[f] the street . . . for exchange of a[n] earlier release date . . . ." (Id. at 1.) To the extent Hankerson

is asking the Government to file a motion to reduce his sentence on the basis of his substantial assistance under Federal Rule of Criminal Procedure 35(b); the Court cannot and will not intervene on his behalf.  Rule 35(b) allows sentence reductions but only upon motion of the Government; the decision to file such motion lies within the sound discretion of the Government.  United States v. Alvarez, 115 F.3d 839, 841 (11th Cir. 1997); see also United States v. Gallego, 743 F. App'x 403, 406 (11th Cir. 2018) ("Rule 35(b) reflects a 'broad grant of prosecutorial discretion.'" (quoted source omitted)).

Upon the foregoing, the Clerk is directed to **TERMINATE** the motion for early release (doc. 33) filed in this case.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of May, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA